IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOE H. LUCERO JR.,

    Plaintiff,

vs.                                                       Civ. No. 19-383 KG/KBM

HSBC BANK USA, N.A.,

    Defendant.

## FINAL ORDER OF DISMISSAL

Having granted Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint (Doc. No. 1-3, 4/25/19) and Brief in Support (Doc. 4) by entering a Memorandum Opinion and Order contemporaneously with this Final Order of Dismissal,

IT IS ORDERED that

1. this lawsuit is dismissed with prejudice; and

2. this lawsuit is terminated in its entirety.

_____
UNITED STATES DISTRICT JUDGE